IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:25-cr-25 |
| | ) | |
| JONATAN GONZALES, | ) | |
| a/k/a "Jonathan Gonzales" | ) | |

O R D E R

AND NOW, to wit, this ___13th___ day of January 2026, upon consideration of the Notice of Appeal by United States from Order of Pretrial Release and Motion for De Novo Hearing on Order of Release,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Order of Release of the above-named defendant issued by United States Magistrate Judge Sheila K. Oberto be and hereby is stayed until such time as the District Court in the Western District of Pennsylvania conducts a de novo hearing and rules on the government's request for detention. A review and hearing shall be conducted promptly based upon the government's Notice of Appeal by United States from Order of Pretrial Release and Motion for De Novo Hearing, pursuant to Title 18, United States Code, Section 3145(a).

_____
UNITED STATES DISTRICT JUDGE